## CONFERENCE MEMORANDUM

Case No. **CR. V-05-59**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 0 7 2005

USA   vs.   **Johnny O. Villarreal**

MICHAEL N. MILBY, CLERK OF COURT

Date / Time: **July 5, 2005 @ 10:50 a.m.**

Reporter : None

Appearance :
Counsel :

*Tim Hammer*
*Roland Carlson*

Representing:

*Govt.*
*Def.*

### ORDER FOLLOWING CONFERENCE

PTC held. Mr. Carlson moved for a continuance. The motion is granted. A separate order will be entered.

Time: **10**

Date: **July 5, 2005**

*[signature]*
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE